# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# (SOUTHERN DIVISION)

ESTATE OF JACOB DAVID CHUBB,
BETH ANN CHUBB, Personal Representative
ENEDELIA MARGARET ALEXANDREA CHUBB,

      Plaintiffs,

vs.                                                            Case No. 2:18-cv-10843 TGB-SDD
                                                          HON. Terrence G. Berg

DAIMLER TRUCKS NORTH AMERICA, INC.

and

CUMMINS ENGINE COMPANY, INC.

      Defendants.

_____/

By: Matthew S. Broderick (P47403)
By: Leonid Garbuzov (P70520)
Attorneys for Plaintiffs
30701 Barrington St Ste 100
Madison Heights, MI 48071
Phone: (248) 588-1882
Fax: (248) 588-1887
broderickslaw@.aol.com
leo@leolegalsolutions.com
_____/

## ORDER EXTENDING SUMMONS

Upon the reading and filing of Plaintiff's Response to Order to Show Cause and Ex-Parte Motion to extend the Summons, this Court having found that good cause exists for extending the Summons and the Court being otherwise fully advised in the premises:

NOW THEREFORE:

IT IS HEREBY ORDERED that the Summons in this cause is extended and the summons

1

shall now expire on August 17, 2018.

                                            /s/Terrence G. Berg  
                                            TERRENCE G. BERG  
                                            UNITED STATES DISTRICT JUDGE

Dated: July 17, 2018